1   BARRY J. PORTMAN
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant MARY SANTOS MORALES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   No. CR 09-01151-JF
                                       )
11                    Plaintiff,       )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING DATE
12  vs.                                )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
13  MARY SANTOS MORALES,               )
                                       )
14                    Defendants.      )
    _____)
15                                     )

16                              **STIPULATION**

17          Defendant Mary Santos Morales, by and through Assistant Federal Public Defender

18  Varell L. Fuller, and the United States, by and through Assistant United States Attorney Jeffrey

19  B. Schenk, hereby stipulate that, with the Court's approval, that the status hearing currently set

20  for Thursday, March 4, 2010 at 9:00 a.m., shall be continued to Thursday, March 25, 2010 at

21  9:00 a.m.

22          The reason for the continuance is defense counsel requires additional time to confer with

23  Ms. Santos-Morales and her immigration attorney about the collateral immigration consequences

24  of the government's proposed plea agreement to resolve this matter and defense counsel's

25  effective preparation.

26          The parties agree that the time between March 4, 2010 and March 25, 2010 is excludable

1  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by

2  defense counsel.

3  Dated: March 3, 2010

4                                              /s/

                                     VARELL L. FULLER

5                                       Assistant Federal Public Defender

6

7  Dated  March 3, 2010                            /s/

                                     JEFFREY B. SCHENK

8                                       Assistant United States Attorney

9

10                                **[PROPOSED] ORDER**

11       GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

12  ORDERED that the hearing currently set for Thursday, March 4, 2010, shall be continued to

13  Thursday, March 25, 2010, at 9:00 a.m.

14       THE COURT FINDS that failing to exclude the time between March 4, 2010, and March

15  25, 2010, would unreasonably deny defense counsel reasonable time necessary for effective

16  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

17  3161(h)(7)(B)(iv).

18       THE COURT FURTHER FINDS that the ends of justice served by excluding the time

19  between March 4, 2010, and March 25, 2010, from computation under the Speedy Trial Act

20  outweigh the interests of the public and the defendant in a speedy trial.

21       THEREFORE, IT IS HEREBY ORDERED that the time between March 4, 2010, and

22  March 25, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

23  3161(h)(7)(A) and (B)(iv).

24       IT IS SO ORDERED.

25  Dated: 3/3/10

                         THE HONORABLE JEREMY FOGEL

26                           United States District Court Judge

Stipulation and [Proposed] Order Continuing
Hearing          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26