1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MARY SANTOS MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01151-JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| MARY SANTOS MORALES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

## STIPULATION

Defendant Mary Santos Morales, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Jeffrey B. Schenk, hereby stipulate that, with the Court's approval, that the status hearing currently set for Thursday, March 25, 2010 at 9:00 a.m., shall be continued to Thursday, April 29, 2010 at 9:00 a.m.

The reason for the continuance is to allow time for further defense investigation into issues relevant to the parties ongoing settlement discussions and defense counsel's effective preparation.

The parties agree that the time between March 25, 2010 and April 29, 2010 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by

Stipulation and [Proposed] Order Continuing
Hearing                                                            1

defense counsel.

Dated: March 19, 2010

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated  March 19, 2010        _____/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, March 25, 2010, shall be continued to Thursday, April 29, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between March 25, 2010, and April 29, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between March 25, 2010, and April 29, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between March 25, 2010, and April 29, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 3/23/10

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stipulation and [Proposed] Order Continuing Hearing                                   2