BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARY SANTOS MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-01151-JF |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | AND EXCLUDING TIME UNDER THE |
|  | ) | SPEEDY TRIAL ACT |
| MARY SANTOS MORALES, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

## STIPULATION

Defendant Mary Santos Morales, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Jeffrey B. Schenk, hereby stipulate that, with the Court's approval, that the status hearing currently set for Thursday, May 20, 2010 at 9:00 a.m., shall be continued to Thursday, June 24, 2010, 2010 at 9:00 a.m.

The reason for the continuance is the parties require additional time to resolve an immigration issue relevant to the proposed resolution and defense counsel's effective preparation.

The parties agree that the time between May 20, 2010 and June 24, 2010 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by

Stipulation and [Proposed] Order Continuing
Hearing                                                                           1

defense counsel.

Dated: May 18, 2010

           /s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated            /s/
JEFFREY B. SCHENK
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, May 20, 2010, shall be continued to Thursday, June 24, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between May 20, 2010, and June 24, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between May 20, 2010, and June 24, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between May 20, 2010, and June 24, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 5/28/10

           THE HONORABLE JEREMY FOGEL
United States District Court Judge